**JUDGE SWAIN**

**07 CV 11125**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

BAOTONG SHIPPING LTD.,

                Plaintiff,

   - against -

MODERN WOOD INVESTMENT LTD.,

                Defendant.

-------------------------------------------------------X

07 CV _____

ECF CASE

RECEIVED DEC 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

           NONE.

Dated: December 10, 2007
       New York, NY

The Plaintiff,
BAOTONG SHIPPING LTD.

By: _____

Kevin J. Lennon
Nancy R. Peterson
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax
kjl@lenmur.com
nrp@lenmur.com