**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2008

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
⋯@lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

March 5, 2008

<u>Via Facsimile (212) 805-0426</u>
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: BAOTONG SHIPPING LTD. v. MODERN WOOD INVESTMENT LTD.
Docket No. 07 CV 11125 (LTS) (THK)
Our Ref: 07-1305

Dear Judge Swain:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On December 10, 2007, an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

Since the Ex Parte Order was issued, the Plaintiff has obtained full security for its claim and has provided due notice of attachment to the Defendant. However, despite being served with notice of the attachment, Defendants have yet to answer or make an appearance.

We have been informed that Plaintiff has initiated arbitration proceedings on its claims. When an award is issued, Plaintiff will move to recognize and enforce it here against the Defendants' property attached in New York. In light of the foregoing status we respectfully request a further sixty (60) day adjournment of the pre-trial conference.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Anne C. LeVasseur
Anne C. LeVasseur

ACL/bhs

*The conference is adjourned to May 9, 2008, at 3:00pm and the related deadlines are modified accordingly.*

SO ORDERED.

3/5/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE