UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BAOTONG SHIPPING LTD.,                          :
                                                :           07 CV 11125 (LTS)
                          Plaintiff,            :
                                                :           ECF CASE
        - against -                             :
                                                :
MODERN WOOD INVESTMENT LTD.,                    :
                                                :
                          Defendant.            :
------------------------------------------------------------------X

### DECLARATION OF KEVIN J. LENNON IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S CERTIFICATE AND ENTRY OF DEFAULT

Kevin J. Lennon, declares under penalty of perjury of the laws of the United States of America as follows:

1.      I am a partner in the firm of Lennon, Murphy & Lennon, LLC, counsel to the Plaintiff herein, BAOTONG SHIPPING LTD. (hereinafter "Plaintiff"). I have personal knowledge of the matters stated herein. I submit this Declaration in Support of Plaintiff's Request for a Certificate of Default against Defendant, MODERN WOOD INVESTMENT LTD. (hereinafter "Defendant").

2.      I certify that the Defendant, the party against whom a notation of default is sought, is not an infant, in the military, or an incompetent person.

3.      I further certify that the Defendant has failed to plead or otherwise defend itself within this action although it has been served with process and Plaintiff has also attached Defendant's property in the District and provided notice thereof as per Local Rule B.2.

4.      Defendant has failed to make an appearance with the Court.

5.  I also certify that the pleadings to which no formal response has been made, particularly the Summons, Verified Complaint, Affidavit in Support of Prayer for Attachment, Rule 7.1 Disclosure Statement, Ex Parte Order, and Process of Maritime Attachment and Garnishment have been properly served on Defendant via DHL international courier on or about December 27, 2007.  See Affidavit of Service attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 10, 2008.

_____
Kevin J. Lennon

Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BAOTONG SHIPPING LTD.,

                Plaintiff,

   - against -

MODERN WOOD INVESTMENT LTD.,

                Defendant.
------------------------------------------------------------X

07 Civ 11125 (LTS) (THK)

**ECF CASE**

**AFFIDAVIT OF SERVICE**

State of Connecticut  )
                         )  ss:  Town of Southport
County of Fairfield   )

     KEVIN J. LENNON, having been duly sworn, deposes and states the following under oath:

     1.    I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

     2.    Notice of the Plaintiff's maritime attachment, including a copy of the Plaintiff's Verified Complaint and all other pleadings entered in this matter, was provided to the Defendant on or about December 27, 2007 in conformity with Local Admiralty Rule B.2. *See Exhibit 1 attached.*

     3.    Notice of the Initial Conference Order setting this matter down for a pre-trial conference on March 8, 2008 at 3:00 p.m. was also provided to the Defendant on or about December 27, 2007. *See Exhibit 1 attached.*

Dated: Southport, CT
January 14, 2008

_____
Kevin J. Lennon

Sworn to and subscribed before me this
14th day of January 2008.

_____
Commissioner of Superior Court