UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BAOTONG SHIPPING LTD.,

               Plaintiff,

  - against -

MODERN WOOD INVESTMENT LTD.,

               Defendant.
----------------------------------------------------------X

07 CV 11125 (LTS)
ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to J.P. Morgan Chase and any and all garnishee banks subsequently appearing and restraining funds belonging to the Defendant pursuant to the Ex Parte Order of Maritime Attachment issued in the instant action, are directed to immediately release Defendant's funds which they restrained pursuant to the Ex-Parte Order to the Defendant at the following account:

    Bank:          Shanghai Commercial Bank, Ltd.
                      Hong Kong
    Account No.    328-28-13228-1
    Beneficiary:    Modern Wood Investment Ltd.
    Swift BIC:     SCBKHKHHXXX

Dated: June 16, 2008
       Southport, CT

                                          The Plaintiffs,
                                          BAOTANG SHIPPING LTD.
                                          By: _____
                                          Anne C. LeVasseur (AL3333)
                                          LENNON, MURPHY & LENNON, LLC
                                          420 Lexington Ave., Suite 300
                                          New York, NY 10170
                                          Phone (212) 490-6050
                                          Fax (212) 490-6070
                                          acl@lenmur.com

SO ORDERED:

_____ 6/18/08
    U.S.D.J.